

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

July 21, 1965

Honorable W. E. Coats, Jr.  Opinion No. C-467
Criminal District Attorney
Smith County      Re: Whether a prisoner convicted
Tyler, Texas       and fined in more than one mis-
             demeanor case, in laying out the
             fines in jail is entitled to re-
             ceive credit on each case at the
             rate of $3.00 per day simultan-
Dear Mr. Coats:      eously.

    By letter dated June 25, 1965, you have requested
an opinion of this office regarding the above matter.

    This question was before the Court in Ex parte Hall,
258 S.W.2d 806 (Tex.Crim. 1953), and Ex parte McLane, 258 S.
W.2d 807 (Tex.Crim. 1953), wherein the Court of Criminal Ap-
peals held that even in serving concurrent sentences of im-
prisonment, a prisoner must serve the fine and costs portions
thereof as if they were cumulative. It is true that the Com-
mutation Statute (Article 5118(a), Vernon's Civil Statutes)
was amended in 1963, but the amendment was designed solely to
allow commutation for good conduct, whether the judgment of
conviction is a fine or jail sentence or a combination of jail
sentence and fine. No other change was contemplated by the
amendment to this statute, in that the amendment did not amend
or change Article 785 of the Code of Criminal Procedure. See
also Attorney General's Opinion Nos. 0-5046 (1943) and V-1031
(1950).

### SUMMARY

    A prisoner convicted and fined in more
than one misdemeanor case, in laying out
the fines in jail is not entitled to re-
ceive credit on each case at the rate of
$3.00 per day simultaneously.

          Yours very truly,

          WAGGONER CARR
          Attorney General of Texas

Honorable W. E. Coats, Jr., page 2 (C-467)

By _Gilbert J. Pena_
GILBERT J. PENA
Assistant Attorney General

GJP/br

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
John Fainter
Roy Johnson
Howard M. Fender
Robert W. Norris

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright